UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RAMON LUIS DAVILA, JR.,

                Plaintiff,                           Civil Action No.:
                                                               1:17-cv-06013-JGK

- against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.                         **NOTICE OF MOTION**

-----------------------------------------------------------X

       **PLEASE TAKE NOTICE** that upon all the prior proceedings filed and the attached affirmation, memorandum, and exhibits, the undersigned moves this Court, on submission, for an order awarding attorney's fees under 42 U.S.C. § 406(b).

Dated: June 29, 2020

                                                           By:    /s/ Daniel Berger
                                                                     Daniel Berger, Esq.
                                                                       1000 Grand Concourse, Suite 1-A
                                                                       Bronx, NY 10451
                                                                       (718) 588-4715
                                                                       Fax: (718) 588-7319
                                                                       Email: danielbergeresq@aol.com

---

For the reasons stated in the Government's letter dated July 13, 2020, the application for attorney's fees in the amount of $14,792.00 is granted. The Clerk is directed to close Docket No. 24.
SO ORDERED.

New York, NY     /s/ John G. Koeltl
July 13, 2020     John G. Koeltl, U.S.D.J.